Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STORMBORN TECHNOLOGIES LLC, | No. 2:21-cv-00229-RSM |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| SPECTRUM CONTROLS, INC., | |
| Defendant. | **NOTE ON MOTION CALENDAR:** **March 29, 2021** |

This matter comes before the Court on the stipulated motion of Plaintiff Stormborn Technologies LLC and Defendant Spectrum Controls, Inc. to extend the time for Defendant Spectrum Controls, Inc. to respond to the Complaint (Dkt. No. 1), and the Court being fully advised, IT IS HEREBY ORDERED that the parties' Stipulated Motion for Extension of Time to Respond to the Complaint is GRANTED.

Defendant Spectrum Controls, Inc. hereby has up through and including May 31, 2021 to answer or otherwise respond to the Complaint.

ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME
(2:21-cv-00229-RSM) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

IT IS SO ORDERED.

Dated this 31st day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/John D. Denkenberger
John D. Denkenberger, WSBA No. 25,907
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
litdoc@cojk.com

*Attorney for Defendant Spectrum Controls, Inc.*

ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME
(2:21-cv-00229-RSM) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100