Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STORMBORN TECHNOLOGIES LLC,

    Plaintiff,

v.

SPECTRUM CONTROLS, INC.,

    Defendant.

No. 2:21-cv-00229-RSM

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**NOTE ON MOTION CALENDAR:
May 25, 2021**

This matter comes before the Court on the stipulated motion of Plaintiff Stormborn Technologies LLC and Defendant Spectrum Controls, Inc. to extend the time for Defendant Spectrum Controls, Inc. to respond to the Complaint (Dkt. No. 1), and the Court being fully advised, IT IS HEREBY ORDERED that the parties' Stipulated Motion for Extension of Time to Respond to the Complaint is GRANTED.

Defendant Spectrum Controls, Inc. hereby has up through and including June 30, 2021 to answer or otherwise respond to the Complaint.

ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME
(2:21-cv-00229-RSM) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

IT IS SO ORDERED.

Dated this 26th day of May, 2021.

                                                 _____
                                                 RICARDO S. MARTINEZ
                                                 CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/Brian F. McMahon
John D. Denkenberger, WSBA No. 25,907
Brian F. McMahon, WSBA No. 45,739
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com, brian.mcmahon@cojk.com, litdoc@cojk.com

***Attorneys for Defendant Spectrum Controls, Inc.***

ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME
(2:21-cv-00229-RSM) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100